UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JAMIE LEE JONES | CASE NO. 5:22-CV-05621 |
| | SECTION P |
| VS. | |
| | JUDGE TERRY A. DOUGHTY |
| CADDO CORRECTIONAL CENTER MEDICAL DEPARTMENT, ET AL. | MAG. JUDGE KAYLA D. MCCLUSKY |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 6] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Jamie Lee Jones's claims are **DISMISSED** as frivolous and for failing to state claims on which relief may be granted.

MONROE, LOUISIANA, this 27th day of December 2022.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE